NOV-28-2005 14:11 FROM-MBTA LAW DEPARTMENT    Case 1:05-cv-11279-NG   Document 5    Filed 11/28/2005   617 222 3194    Page 1 of 2    T-650   P.02/03    P.02/03

28-Nov-2005  03:10pm   From-MBTA LAW DEPARTMENT                                 617 222 3194                 T-650   P.002/003   F-355

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALVATORE SARRICA,              *
    Plaintiff              *
                *
vs.                            *

NATIONAL RAILROAD              *       JOINT MOTION TO CONTINUE
PASSENGER CORPORATION,        *       SCHEDULING CONFERENCE
    Defendant              *

_____

    Now come the Parties to the above- captioned action and jointly move that the Scheduling Conference scheduled to take place on Thursday, December 1, 2005 at 2:00 P. M. be continued until the afternoon of January 17, 2006 or to a time which is convenient for the Court's schedule.

    As grounds, therefore, the Parties submit that prior to his receipt of the Court's notice, Defendant's counsel had scheduled an out of state family vacation which would conflict with the date and time of the Scheduling Conference on December 1, 2005. The Parties further submit that neither party would be prejudiced by the Court's allowance of this Joint Motion.

    Wherefore the Parties respectfully move that this Honorable Court continue the Scheduling Conference to accommodate counsel's scheduling conflict.

Respectfully submitted,
MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
By its attorney,

Paul J. Sahovey
Assistant General Counsel
Transportation Building
10 Park Plaza
Boston, MA  02116
(617) 222-3189

Plaintiff Salvatore Sarrica
By his Attorneys,


_____

Thomas J. Joyce III, Esq.
Hannon and Joyce
The Public Ledger Building
Suite 1000
South Independence Mall West
Philadelphia, PA 19106
(888) 222-3352

Michael J. McDevitt, Esq.
Lawson and Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
(617) 439-4990
Local counsel for Plaintiff